# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| EVA ATKINS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | CV418-156 |
| NATIONAL RAILROAD PASSENGER CORP. d/b/a AMTRAK, | ) ) ) ) | |
| Defendant. | ) | |

## ORDER

The parties' joint motion for mediation by a Magistrate Judge (doc. 17) is **GRANTED**. The parties shall appear, in person,[1] before the undersigned on March 25, 2019 at 9:00 a.m. in the Savannah Division, 125 Bull Street, Room 108, Savannah, GA 31410.

**SO ORDERED,** this __11th__ day of February, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] The mediation shall be attended by counsel and a representative empowered to make a binding decision for the parties (even if no binding compromise is ultimately reached).